IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: SALLY V PIETRZYK )
 )
GMAC MORTGAGE, LLC,   Creditor, )
    vs. ) CASE NO. 07B01135
 ) JUDGE A. BENJAMIN GOLDGAR
SALLY V PIETRZYK, )
                                   Debtor )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes GMAC Mortgage, LLC, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the October 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of October 28, 2009.

    a. Attorney's Fees                                =   $250.00
    b. October – December    3 X  $1,225.82     = $3,677.46
    c. Fees                                           =   $399.36
     Total                                            = $4,326.82

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, GMAC Mortgage, LLC rights to collect these amounts will remain unaffected.

                    Respectfully Submitted,
                    GMAC Mortgage, LLC

                    /s/Toni Dillon
                    Toni Dillon
                    ARDC#6289370

                    Pierce and Associates, P.C.
                    1 North Dearborn Street, Ste 1300
                    Chicago, Illinois 60602
                    (312)346-9088